**Order entered October 4, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00431-CV

## BRADLEY B. MILLER, Appellant

## V.

## JUDGE ANDREA PLUMLEE, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-15614**

## ORDER

On September 15, 2021, we ordered Dallas County District Clerk Felicia Pitre to file a supplemental clerk's record containing a copy of the June 30, 2021 "Plaintiff's Response in Opposition to the Plea to the Jurisdiction of Defendants Dallas County and Danielle Diaz" and the July 14, 2021 "Order Granting Defendants Danielle Diaz and Dallas County's Plea to the Jurisdiction." Although the supplemental record was to be filed no later than September 27, 2021, it has yet

to be filed.  Accordingly, we **ORDER** the supplemental record be filed **no later than October 11, 2021.**

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE